No. 649. SILVAS *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. *John P. Frank* for petitioner. *Robert W. Pickrell,* Attorney General of Arizona, and *Stirley Newell,* Assistant Attorney General, for respondent.

No. 453. IN RE ALKER, *ante,* p. 923;

No. 495. INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* CENTRAL AIRLINES, INC., *ante,* p. 934;

No. 510. TEXAS CARBONATE CO. *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE, *ante,* p. 940; and

No. 522. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA ET AL. *v.* LUTES ET AL., *ante,* p. 941. Petitions for rehearing denied.

No. 23, Misc., October Term, 1959. IN RE DISBARMENT OF ALKER, *ante,* p. 918. Petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.